## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT - JONESBORO DIVISION

EAGLE FOOD CENTERS, INC.                                        PLAINTIFF

Vs.                                   No. 3:07-mc-1

AERIAL BOUQUETS-BUDGET BALLOONS, INC.                          DEFENDANT

PIGGOTT STATE BANK                                             GARNISHEE

### ORDER FOR PAYMENT

On this day based upon the judgment against the Defendant entered on February 5,

2007, the garnishment issued thereon and upon the oral motion of Plaintiff's attorney, the Court

finds and orders as follows:

1. That Piggott State Bank is the Garnishee over which this Court has jurisdiction.

2. That Garnishee holds $28,482.01 subject to this Court's order for payment to the

Plaintiff.

3. That Garnishee is hereby ordered to pay the amount currently held as a result of the

writ of garnishment issued by the court on May 17, 2007, to Plaintiff's attorney.

IT IS SO ORDERED.

_____
Judge

Date: 5/30/2007

APPROVED:

Scott A. Ellington
Attorney at Law, P.A.
P.O. Drawer 998
Paragould, AR  72451
(870) 236-8700

By: _____
   Attorney for Plaintiff
   Arkansas Bar No. 92197